# Exhibit B
# to Complaint



**Home**

**Company Profile**

**Healthy Building Services**

**Diagnostic Services**

**Laboratory Services**

**Workshops & Seminars**

**Expert Witness Services**

**Resources**

**News & Events**

**Employment**

Contact Us

## Contact Us

Please call or email us with questions or a Request for Proposal (RFP).

**West Coast Office (Headquarters):**

1448 Pine Street, Suite 103
San Francisco, CA 94109
Phone: 415-567-7700
Fax: 415-567-7763
Bud Offermann- President
Email: **offermann@iee-sf.com**

**East Coast Office (Satellite):**

3291 Robinson Oaks Way
Marietta, GA 30062
Phone: 415-567-7700
Bud Offermann- President
Email: **offermann@iee-sf.com**

Copyright 2006 Indoor Environmental Engineering. Site design by Tierra Technology.

CLICKY ANALYTICS