# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> IEE INDOOR ENVIRONMENTAL ENGINEERING, <br><br> *Defendant*. | Civil Action No. <br> 1:21-cv-01059-MHC <br><br> **Jury Trial Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Global Plasma Solutions, Inc. ("GPS") hereby gives notice that it voluntarily dismisses the above-captioned action without prejudice.

Submitted this 21st day of April, 2021.

                                              Respectfully submitted,

                                              **McGuireWoods LLP**

                                              */s/ Meghan M. Rachford*
                                              Meghan M. Rachford
                                              (Ga. Bar No. 766229)
                                              MCGUIREWOODS LLP
                                              Suite 2100

- 2 -

        1230 Peachtree St., N.E.
        Atlanta, GA 30309-3534
        Telephone:  (404) 443-5500
        Facsimile:  (404) 443-5599
        mrachford@mcguirewoods.com